UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 20-16148

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY L. WALLACE | **Magistrate Case No. 9280800 (Class A)**<br><br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Sarah E. Luciano, Esq.** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **21st day of August 2020**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**ANTHONY L. WALLACE** did commit:

Possession of a Weapon in a Federal Facility in violation of 18 USC.

The name of the Complainant is **Sarah E. Luciano, Esq.**

**SARAH E. LUCIANO, Esq.**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 26TH DAY OF OCTOBER 2020.**

**HONORABLE ANTHONY R. MAUTONE**
**United States Magistrate Judge**